UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ASTOR-WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL STRONG; LEE DANIELS; IMAGINE ENTERTAINMENT; TWENTY-FIRST CENTURY FOX, INC.,<br><br>　　　　Defendants. | CV 15-6326 PA (RAOx)<br><br>JUDGMENT |

　　　Pursuant to the Court's June 17, 2019 Minute Order granting the Motion to Dismiss filed by defendants Daniel Strong, Lee Daniels, Imagine Television, LLC, and Twentieth Century Fox Film Corporation (collectively "Defendants"), which dismissed the claims asserted by plaintiff Jon Astor-White ("Plaintiff") against Defendants without leave to amend,

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

　　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: June 14, 2019

                                                 Percy Anderson
                                           UNITED STATES DISTRICT JUDGE